No. 80–1538. PLYLER, SUPERINTENDENT, TYLER INDEPEND-
ENT SCHOOL DISTRICT, ET AL. *v.* DOE, GUARDIAN, ET AL. C. A.
5th Cir. [Probable jurisdiction noted, 451 U. S. 968]; and

No. 80–1934. TEXAS ET AL. *v.* CERTAIN NAMED AND UN-
NAMED UNDOCUMENTED ALIEN CHILDREN ET AL. C. A. 5th
Cir. [Probable jurisdiction noted, 452 U. S. 937.] Motion
of Mountain States Legal Foundation for leave to file a brief
as *amicus curiae* granted.

No. 80–1781. McNICHOLS, MAYOR OF DENVER, ET AL. *v.*
BALDRIGE, SECRETARY OF COMMERCE, ET AL. C. A. 10th Cir.
[Certiorari granted, 452 U. S. 937.] Motion of National
Lead Counsel and National Liaison Counsel for leave to par-
ticipate in oral argument as *amici curiae* denied. The sug-
gestion of the Solicitor General that this case be consolidated
with No. 80–1436, *Baldrige, Secretary of Commerce, et al.* v.
*Shapiro, Essex County Executive* [certiorari granted, 451
U. S. 936], is adopted. Cases consolidated and a total of
one and one-half hours allotted for oral argument.

No. 79–5199. BELL *v.* TEXAS, *ante,* p. 913;

No. 79–6081. GREEN *v.* TEXAS, *ante,* p. 913;

No. 79–6423. LASSITER *v.* DEPARTMENT OF SOCIAL SERV-
ICES OF DURHAM COUNTY, NORTH CAROLINA, 452 U. S. 18;

No. 79–6749. PARKER *v.* TEXAS, *ante,* p. 902;

No. 80–581. COMMONWEALTH EDISON CO. ET AL. *v.* MON-
TANA ET AL., *ante,* p. 609;

No. 80–1010. CURREY ET AL., DBA CURREY & CURREY *v.*
CORPORATION COMMISSION OF OKLAHOMA ET AL., 452 U. S.
938;

No. 80–1696. HARING *v.* REGAN, SECRETARY OF THE TREAS-
URY, 452 U. S. 939; and

No. 80–1805. BOSWORTH, DBA GULF TO BAY TITLE CO. *v.*
COONEY, EXECUTOR, 452 U. S. 956. Petitions for rehearing
denied.